AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

)
)
William Rogopoulos )
*Petitioner* )
)
v. ) Case No.
) *(Supplied by Clerk of Court)*
)
)
DANA RATLIFFE WALKER WARDEN )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: WILLIAM RICHARD ROGOPOULOS
   (b) Other names you have used: ROGERS TO ROGOPOULOS LEGAL NAME CHANGE PROBATE CAMB. MASS

2. Place of confinement: VADOC
   (a) Name of institution: DILLWYN CORRECTIONAL CENTER
   (b) Address: BOX 670 DILLWYN, VA 23936

   (c) Your identification number: 1415219

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: APPOMATUX CIRCUIT COURT

   (b) Docket number of criminal case:

   (c) Date of sentencing: 9-17-09   RELEASE DATE 6-9-21
   ☐ Being held on an immigration charge
   ☒ Other *(explain)*: DETAINER WANT OF NEXUS CHARGING STATE MASS.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
❏ Immigration detention
☒ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other *(explain)*:

6.   Provide more information about the decision or action you are challenging:
     (a) Name and location of the agency or court: U.S. DIST. COURTHOUSE STE, 2300
ONE COURTHOUSE WAY BOSTON, MA 02210- 3002
     (b) Docket number, case number, or opinion number:
     (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

     (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7.   **First appeal**                                                          N/A
     Did you appeal the decision, file a grievance, or seek an administrative remedy?
     ❏ Yes                 ❏ No
     (a) If "Yes," provide:
          (1) Name of the authority, agency, or court:

          (2) Date of filing:
          (3) Docket number, case number, or opinion number:
          (4) Result:
          (5) Date of result:
          (6) Issues raised:

     (b) If you answered "No," explain why you did not appeal:          N/A

8.   **Second appeal**
     After the first appeal, did you file a second appeal to a higher authority, agency, or court?
     ❏ Yes                 ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:                      *N/A*

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes           ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:      *N/A*

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes           ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes           ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:                       N/A

(6) Issues raised:

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
        seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
        sentence?

        ☐ Yes                    ☐ No

        If "Yes," provide:

        (1) Name of court:

        (2) Case number:

        (3) Date of filing:

        (4) Result:                       N/A

        (5) Date of result:

        (6) Issues raised:

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence:

11.  **Appeals of immigration proceedings**

     Does this case concern immigration proceedings?

     ☐ Yes                 ☐ No                       N/A

        If "Yes," provide:

(a)     Date you were taken into immigration custody:

(b)     Date of the removal or reinstatement order:

(c)     Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:      N/A

(d)   Did you appeal the decision to the United States Court of Appeals?
      ☐ Yes                    ☐ No
      If "Yes," provide:
      (1) Name of court:
      (2) Date of filing:
      (3) Case number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:         N/A

12.   **Other appeals**
      Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
      ☐ Yes              ☐ No
      If "Yes," provide:
      (a)  Kind of petition, motion, or application:
      (b)  Name of the authority, agency, or court:

      (c)  Date of filing:
      (d)  Docket number, case number, or opinion number:
      (e)  Result:                        N/A
      (f)  Date of result:
      (g)  Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**

N/A

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes                ☐ No

**GROUND TWO:**

N/A

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes                ☐ No

**GROUND THREE:**

N/A

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes                ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

*N/A*

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:

*N/A*

## Request for Relief

15. State exactly what you want the court to do:  GRANT OMNIBUS MOTION TO DISMISS SEE

ARGUMENT BRIEF IS SUPPORT FOR THE ABOVE MOTION TO DISMISS.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  5 - 17 - 21

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

IN THE
UNITED STATES DISTRICT COURT
BOSTON DIVISION

William ROGOPOULOS 1415219
　　　　　PETITIONER,

V.　　　　　　　　　　　　　　CASE NO.

COMMONWEALTH OF MASS
　　　　　RESPONDENTS,

PETITION FOR HABEAS CORPUS UNDER 28 USC 2241

COMES NOW WILLIAM ROGOPOULOS 1415219 PETITIONER, PRO SE AND BRINGS TO THIS
HONORABLE COURT AS FOLLOWS:

ABOVE PETITIONER BRINGS THIS CIVIL ACTION FOR HABEAS CORPUS PURSUANT TO TITLE
28, USC 2241, 2254 TITLE 18 3161 (b)(c)(1) 3161 (H)(7)(A) INTERSTATE AGREEMENT
DETAINERS ACT (IADA). THE VIRGINIA DEPT. OF CORRECTIONS (VADOC) AS WELL AS THE HOLDER
IN DUE COURSE OF PETITIONERS CUSTODY DANA RATLIFFE WALKER WARDEN DILLWYN CORRECTIONAL
CENTER (DWCC) IN CONCERT VIOLATED THE IADA AND PETITIONER REQUESTS THIS COURT
TO GRANT AN OMNIBUS MOTION TO DISMISS THE LODGED DETAINER AND PETITIONER AVERS
HE WAS NEVER INFORMED OF HIS CONSTITUTIONALLY PROTECTED RIGHT TO DUE PROCESS DATING
BACK TO 6-9-08 TO INVOKE THE IADA UNDER THE SPEEDY TRIAL ACT TO THE CHARGING STATE
FOR FINAL DISPOSITION FOR A HEARING WITH COUNSEL OF RECORD VIOLATING MY 6TH 14TH AMEND.
RIGHTS AND PETITIONER CHALLENGES WANT OF NEXUS SUBJECT MATTER JURISDICTION TO THE CHARGING
STATE FOR FAILURE TO NOTIFY BETWEEN 2008 AND 2014 AS WELL AS REFUSING TO RESPOND AFTER
PETITIONER ATTEMPTS TO INVOKE THE IADA TO SECURE SPEEDY TRIAL ACT.

IN THE
EASTERN DISTRICT OF VIRGINIA
UNITED STATES DISTRICT COURTHOUSE
NORFOLK DIVISION

WILLIAM ROGOPOULOS 1415219
       PETITIONER,

V.                                          CASE NO.

DANA RATLIFFE WALKER WARDEN
       RESPONDENT,

PETITION FOR HABEAS CORPUS UNDER 28 USC 2241

COMES NOW WILLIAM ROGOPOULOS 1415219 PETITIONER, PRO SE, AND BRINGS TO THIS HONORABLE COURT AS FOLLOWS: THE ABOVE PETITIONER BRINGS THIS CIVIL ACTION PURSUANT TO TITLE 28 USC 2241, 2254, 3161 (B)(C)(1) 3161 (H)(7)(A) INTERSTATE AGREEMENT DETAINERS ACT (IADA) 18 USC THE VIRGINIA DEPT. OF CORRECTIONS (VADOC) AS WELL AS HOLDER IN DUE COURSE OF CUSTODY OF THE PETITIONER DANA RATLIFFE WALKER WARDEN DILLWYN CORRECTIONAL CENTER (DWCC) IN CONCERT VIOLATED THE ACT, AND PETITIONER REQUESTS AN OMNIBUS MOTION TO DISMISS THE LODGED DETAINER AND PETITIONER AVERS HE WAS NEVER INFORMED OF HIS RIGHTS TO THE SPEEDY TRIAL ACT OR DISPOSITION OF THE CHARGES UNDER CONSTITUTIONAL PROTECTED RIGHTS OF DUE PROCESS OF LAW 14TH 6TH AMEND. WITHOUT COUNSEL OF RECORD TO THE 180, 120 DAY RULE FOR FILING TO THE CHARGING STATE FOR FINAL DISPOSITION FOR A PRE-TRIAL HEARING, THE USUAL IS THAT A NOTICE IS SENT TO THE HOLDING STATE BEFORE THE FORMAL COMMENCEMENT OF CRIMINAL CAUSES IS DEEMED PREMATURE, AND THEREFORE CARRIES LITTLE WEIGHT FOR SPEEDY TRIAL PURPOSES, AND PETITIONER CHALLENGES SUBJECT MATTER JURISDICTION FOR CUSTODY TO THE SENDING STATE.

ARGUMENTS
LEGAL STANDARD

THE U.S. S. CT. HAS INDICATED THAT ARTICLE IV (A) ENVISIONS THAT THE FOLLOWING
NOTICE AFTER FILING REQUEST FOR CUSTODY AND CHALLENGE SUBJECT MATTER JURISDICTION FOR
THE NEXT 30 DAYS PETITIONER AND PROSECUTOR MUST WAIT WHILE THE GOVERNOR OF THE SENDING
STATE ON HIS OWN MOTION OR THAT OF THE PETITIONER DECIDES WHETHER TO DISAPPROVE OR GRANT
THE REQUEST FOR WANT OF NEXUS BY THE CHARGING STATE. I WAS NEVER NOTIFIED ON ANY SUCH
PROCEDURE BY THE GOV. OF VA OR BY NO STAFF ATTY'S, I HAD A RIGHT TO SUBMIT A REQUEST TO
THE GOVERNOR DIRECTLY. CUYLER V. ADAMS, 449 US 433, 444 101 S. CT. 703 66 L. Ed 2d
641 (1981) US V. MAURO, 436 US 340 98 S. CT. 1834 56 L. Ed 2d 329 (1978), A DETAINER
WAS LODGED EX PARTE AGAINST ME WITHOUT PROPER NOTICE UNTIL YEARS LATER WITHOUT NOTICE OF
FINAL DISPOSITION FROM THE PROSECUTOR IN THE CHARGING STATE OF MASS.
I AM WITHOUT REMEDY AT LAW FOR OVER A YEAR AT DWCC, MY RIGHT TO ACCESS THE COURTS DENIED
NO RESEARCH OR INSTITUTIONAL ATTY. FOR ASSISTANCE UNDER VA LEGAL ETHICS OPINION 1803 VA
CODE SEC. 53.1-40, 53.1-262, 53.1-266, RULES OF SUPREME COURT OF VIRGINIA PT. 6, SEC. 1
I AM LACKING OF THE RULES AND STANDINGS ORDERS OF THIS HONORABLE COURT AS WELL AS NEEDED
CITATIONS TO THE RULES GOVERNING TITLE 28 USC 2241, 2254, 3161 TO CHALLENGE WANT OF
NEXUS VIA SUBJECT MATTER JURISDICTION AS A PRISONER IN STATE CUSTODY. I HAVE YET TO RECIEVE
ANY RESPONSE FROM THE GOV. OFFICE ON THIS ISSUE OVER 6 MONTHS NOW, INCLUDING ATTEMPT FOR A
RESPONSE TO THE SUPERIOR COURT IN WOBURN MASS. AGAIN NO RESPONSE TO DATE FROM THE
ABOVE ENTITIES. I HAVE A RIGHT TO PROTECT MYSELF FROM MY OWN IGNORANCE WHILE BEING
SUBJECTED TO THE ENTITIES VERSION OF LAW AND FACTS. REED V. FARLEY, 512 US. 339, 342 NI
(1994) 129 L. Ed 2d 277, CARCHMAN V. NASH, 473 US 716, 719 (1985) 87 L. Ed 2d 516,
US V. JOHNSON, 2001 WL 1943854 (ED VA 2001).

## CERTIFICATE OF SERVICE

THE UNDERSIGNED William ROGOPOULOS 1415219, HEREBY ATTESTS THAT TO THE BEST OF HIS KNOWLEDGE A TRUE AND CORRECT COPY OF A PETITION FOR HABEAS CORPUS UNDER TITLE 28 USC 2241, 2254 TITLE 18 USCA 3161 (b) (c) (1) (H) (7) (A) IN VIOLATION OF THE ADA TO CHALLENGE SUBJECT MATTER JURISDICTION TO VADOC AND GOV. OF VIRGINIA FOR SHOW CAUSE TOGETHER WITH ALL EXHIBITS IN SUPPORT OF THE ABOVE LEGAL CIVIL ACTION, AND WAS MAILED FIRST CLASS TO:

OFFICE OF THE CLERK:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY ST.
NORFOLK, VA 23510

EXECUTED THIS 17TH DAY OF MAY 2021 AD

William ROGOPOULOS 1415219
BOX 670
DILLWYN, VA 23936

CC: UNITED STATES COURT HOUSE
ONE COURTHOUSE WAY SUITE 2300
BOSTON, MA 02210-3002

3.

DILLWYN CORRECTIONAL CENTER
BOX 670
DILLWYN, VIRGINIA 23936

COMMONWEALTH OF VA    V. WILLIAM ROGEPOULOS
COMMONWEALTH OF MA

                              AFFIDAVIT        SERVE: U.S. DIST. COURT
                                                        600 GRANBY ST.
STATE OF VIRGINIA      )                                 NORFOLK, VA 23510
                       )  SCILICET
COUNTY OF BUCKINGNAM   )

INDEED NO MORE THAN AFFIDAVITS ARE NECESSARY TO MAKE A PRIMA FACIE CASE.
U.S. V. KIS, 658 F.2d 526, 536 (7TH CIR 1981) CERT DENIED 50 US WL 2169 S.CT. (1982)

                         INTRODUCTION

THIS AFFIDAVIT ALONE CONTAINS AT LEAST AN IMPLICATION AS TO THE COMMONWEALTH OF VA
AND ITS LONG STANDING MODUS OPERANDI REGARDING THE VIRGINIA DEPT. OF CORRECTIONS TO FABRICATE
ITS VERSION OF FACTS, AND LAW ON DEMAND WITH COMPLETE AUTONOMY IN THE OUTCOME.

I WILLIAM ROGEPOULOS 1415219, BEING FIRST DULY SWORN DEPOSES AS FOLLOWS:

1. A DETAINER WAS ISSUED ON 6-9-08 I WAS NEVER NOTIFIED UNTIL YEARS LATER.

2. I WAS NEVER SIGNATORY TO ANY REFUSAL OR RECIEVING PAPERWORK TO SIGN A
   REFUSAL FOR A DETAINER.

3. I NEVER WAS TOLD IN 2014 IT WAS A DETAINER I WAS TOLD IT WAS A CHARGE AND THEY
   REFUSED MY INQUIRY TO THE CONTENT UNLESS I SIGN WITHOUT COUNSEL OF RECORD TO

ASSESS THE NATURE OF THE CHARGE, AND SUBMIT ME TO SURRENDER ANY EXISTING RIGHTS I WOULD HAVE IN THAT MOST PUBLIC DEFENDERS ASK FIRST, DID YOU SIGN OR SUBMIT A STATEMENT WITHOUT COUNSEL OF RECORD PRESENT, AND LEFT ME NO CHOICE TO EXERCISE MY CONST. RIGHTS AND HAVE COUNSEL PRESENT, WHICH WAS DENIED.

4. I DID FIND OUT IN 2020 A DETAINER WAS LODGED IN 2008 VIA COUNSELOR AT DWCC AND VADOC UPDATE SHEET FOR ANNUAL REVIEW.

5. I'VE TRIED TO GET A RESPONSE FROM THE SUPERIOR COURT IN WOBURN, MASS ON THE ISSUE TO INVOKE THE IADA SPEEDY TRIAL ACT NO RESPONSE TO DATE.

6. I TRIED TO GET A RESPONSE FROM THE GOVERNOR OF VIRGINA NO RESPONSE TO DATE.

7. I TRIED THE DETAINER UNIT IN RICHMOND, VA TO ENVOKE THE IADA NO RESPONSE TO DATE.

8. I SUBMITTED SAME BY RIGHT OF ACCESS TO DUE PROCESS TO WARDEN AT DWCC FOR SERVICE OF PROCESS AND WAS IGNORED.

9. I TRIED PUBLIC DEFENDERS OFFICE IN BOSTON, MA ON THE ISSUE FOR SCREENING BEFORE I SIGN OR MAKE ANY STATEMENT TO ANYONE NO RESPONSE TO DATE.

10. I AM WITHOUT REMEDY AT LAW AS A RESULT OF BOTH IENTITIES IN VA AND MA IN CONCERT DENIED ANY AND ALL ACCESS WITHOUT ANY JUDICIAL EMERGENCY DUE TO COVID-19 TO RESEARCH MY RIGHTS IF ANY VIA COMPUTER ACCESS OR INSTITUTIONAL ATTY. EVANS THOMAS V. PC 147 HIGHLAND AVE. BOX 673 APPOMATTOX, VA 24522 AND ROGER B. STOUGH PC 592 COURT ST. BOX 43 APPOMATTOX, VA 24522 SINCE AUG OF 2020, NO RESPONSE.

11. THE RIGHTS CREATED BY THE IADA ARE STATUTORY AND NOT FUNDAMENTAL, CONSTITUTIONAL OR JURISDICTIONAL IN NATURE.

12. THE IADA DID NOT CONTAIN VIA LATENT AMBIGUITY IN THE LANGUAGE INDICATING THAT THE 180 DAY PERIOD DOES NOT BEGIN TO RUN UNTIL PRISON OFFICIALS OFFER TO DELIVER TEMP. CUSTODY OF A PRISONER TO AUTHORITIES IN THE CHARGING STATE MEANING. I HAD STARTING IN 2008 AMPLE TIME TO ENVOKE IADA SPEEDY TRIAL ACT. 2008 TU 2014 IS 6 TO 7 YEARS I COULD HAVE DONE SOMETHING AT WHICH TIME THERE WAS NO COVID-19 EXCUSE TO CONSTANTLY DENY ALL ACCESS TO CONST. PROTECTED RIGHTS.

3.

FURTHER AFFIANT SAITH NOT,

DATED THIS 14 DAY OF May 2021 AD

AFFIANT PRO SE,

ACKOWLKDGEMENT

SUBSCRIBED TO AND SWORN BEFORE ME THIS 14 DAY OF May 2021 AD.

NOTARY THAT WILLIAM ROGOPOVLOS 1415219 PETITIONER PERSONALLY APPEARED AND KNOWN TO ME TO BE THE MAN WHOSE NAME SUBSCRIBED TO THE INSTRUMENT AND IS ACKNOWLEDGED TO BE THE SAME IN SUPPORT OK PETITIONERS HABEAS CORPUS UNDER 28 USC 2241, 2254 18 USC 3161 (b) (c) (G) 3161 (H) (7) (A) OK THE IADA TO CHALLENGE SUBJECT MATTER JURISDICTION FOR WANT OK NEXUS.

NOTARY / SHD-Taylor

MY COMMISSION EXPIRES: 5/31/2024

SEAL:

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_FI 4-17

REGULAR GRIEVANCE

DWCC-21-INF-00209

Log Number: _____
3B-14B

ROGOPOULOS WILLIAM
Last Name, First

1415219
Number

G-B
Building

33-B
Cell/Bed Number

WARDEN WALKER DWCC
Individuals Involved in Incident

1-15-21
Date/ Time of Incident

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) IN VIOLATION OF MY 14TH AMEND. RIGHT/VA CODE ANN. 53.1-210 OF THE IADA ARTICLE IV (A) WARDEN WALKER IGNORED MY REQUEST FOR FINAL DISPOSITION OF THE CHARGES (PAPERWORK) TO FILE RETURNABLE AGAINST THE CHARGING STATE TO ACTIVATE THE IADA AND THE SPEEDY TRIAL ACT AND AS FACILITY HEAD TO PROVIDE TIMELY NOTICE ALONG WITH PROPER CERTIFICATES TO THE GOVERNOR OF VA THE REQUEST FOR CUSTODY FOR A FINAL DECISION TO GRANT OR DENY CUSTODY. IT IS THE DUTY OF THE WARDEN TO GIVE NOTICE AND PROVIDE PAPERWORK TO PROCESS TIMELY FOR A DETAINER.

**RECEIVED**

MAR 15 2021

~~Ombudsman Services Unit~~
**Central Region**

**What action do you want taken?** TO PROVIDE ME THE NECESSARY PAPERWORK TO FILL OUT, AND GIVE BACK TO THE WARDEN SO SHE CAN NOTIFY TIMELY THE REQUEST FOR FINAL DISPOSITION TO INVOKE THE IADA PROCESS BETWEEN THE GOV. OF VA, ME, AND THE CHARGING STATE FOR A RESPONDE. ALSO PUT THE GOV. OF VA ON NOTICE BY LAW FOR A DECISION TO GRANT OR DENY CUSTODY, TO THE CHARGING STATE. SEE ATTACHMENT. TRANSVERSE TO OPPOSING PARTY ALLEGATION I REFUSED NOTICE. VIA DECLARATION

Grievant's Signature: William Myers

Date: 1-29-21

Warden/Superintendent's Office: _____

Date Received: _____

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866-

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
An Informal Complaint is not required for an alleged incident of sexual abuse.

William Rogopoulos     1415219     GB 33-B
Offender Name      Offender Number      Housing Assignment

Warden Walker         1-15-21
Individuals Involved in Incident       Date/Time of Incident

☐ Unit Manager/Supervisor     ☐ Food Service     ☐ Institutional Program Manager
☐ Personal Property         ☐ Commissary      ☐ Mailroom
☐ Medical Administrator      ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

IN VIOLATION OF MY 14TH AMEND. RIGHT/ VA CODE ANN. 53.1-210 OF THE IADA ARTICLE V(a) WARDEN WALKER IGNORIED MY REQUEST FOR FINAL DISPOSITION OF THE CHARGES (PAPERWORK) TO FILE RETURNADLK AGAINST THE CHARGING STATE, TO ACTIVATE THE IADA AND THE SPEEDY TRIAL ACT, AND AS FACILITY HEAD TO PROVIDE TIMELY NOTICE ALONG WITH PROPER CERTIFICATES, TO THE GOVERNOR OF VA THE REQUEST FOR CUSTODY FOR A FINAL DECISION TO GRANT OR DENY CUSTODY, IT IS THE DUTY OF THE WARDEN TO GIVE NOTICE AND PROVIDE PAPERWORK TO PROCESS TIMELY FOR A DETAINER.

Offender Signature _William Rogopoulos_     Date _1-29-21_

**Offenders - Do Not Write Below This Line**

Date Received: _2/9/2021_

Response Due: _2/11/2021_     Tracking # _DWCC-21-INF-00209_
Action Taken/Response:     Assigned to: _K. Perkins/Records_

Mr. Rogopoulos, according to the attached records, you were afforded the opportunity to a Speedy Trial. Papers were sent to DOC Detainer Unit - Melanie Cale. My records are showing you refused to sign. If you have any further questions, you need to write:
    DOC Detainer Unit / Melanie Cale
    PO Box 26963    Richmond, VA 23241

_K. Fahmir, Records Manager_     K. Fahmer, Records Manager    2/10/2021
Respondent Signature        Printed Name and Title      Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____
Staff Witness Signature: _____    Date: _____

RECEIVED
FEB 04 2021

RECEIVED
FEB 5 2021
Ombudsman Services Unit
Central Region

VIRGINIA DEPARTMENT OF CORRECTIONS

Grievance Receipt Report

VACORIS C - #.0

DOC Location: DWCC Dillwyn Correctional Center

Report generated by Kinley, L

Report run on 02/05/2021 at 10:20 AM

Grievance Number: DWCC-21-INF-00209

Next Action Date: 2/19/2021 12:00:00 AM

| On this date: | 02/04/2021 | | I have received a statement from: |
|---|---|---|---|
| Rogopoulos, William R | 1415219 | of | Dillwyn Correctional Center 6-B-33-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

K. Perkins-In violation of my 14th Amand. Right/VA code Ann. 53.1-210 of the IADA Article V9a) Warden Walker ignored my request for final disposition of the charges (paperwork) to file returnable against the charging state, to activate the IADA and the speed trial act, and as facility head to provide timely notice along with proper certificates, to the Governor of VA the request for custody for a final decision to grant or deny custody. It is the duty of the warden to give notice and provide paperwork to process timely for detainer.

L. Kinley

DWCC Grievance Coordinator

*(Signature)*

Officer Initials: _____

NOTARIZED DOCUMENT
— DECLARATION IN CHIEF OF WILLIAM ROGOPOULOS —

I WILLIAM ROGOPOULOS, HEREBY DECLARING THE FOLLOWING STATEMENT TO ATTEST THE ALLEGATION I RECIEVED, SIGNED, REFUSED ANY DOCUMENTS FROM THE VADOC DETAINER UNIT BY M. CALL.

ON 12-5-14 IT IS ALLEGED I REFUSED TO SIGN IAD PAPERWORK. I WAS NEVER PUT ON NOTICE FOR WANT OF NEXUS FROM THE CHARGING STATE. ON 6-26-18 IT IS AL(SO) ALLEGED IAD PAPERWORK WAS SENT TO ME FROM M. CALL, AND AGAIN IT IS ALLEGED I REFUSED TO SIGN WHEN IN FACT THE TRUTH IS I WAS NEVER TOLD I WAS UNDER DETAINER ALL I WAS TOLD WAS I HAVE A CHARGE, AND THEY SAID SIGN HERE, AND I SAID WHAT ARE THE CHARGES, WHERE'S MY COPY, WHERE'S MY RIGHT TO COUNSEL OF RECORD BEFORE I SIGN OR AGREE TO ANY TERMS I WOULD SURRENDER ANY REMAINING RIGHTS IF ANY VIA CONSENT AS A SIGNATORY OF MY 1ST 5TH 6TH RIGHTS, THERE IS NO RECORD VIA SIGNATURE OF MY REFUSAL, INSTEAD I FILED TO INVOKE IAD IN JAN. 2021 TO THE WARDEN AT DWCC FOR PROCESS OF SERVICE AFTER I FOUND OUT, AND NOT FROM MY COUNSELOR BUT ON A JOB APPLICATION. IM NOT AN ATTY. I DON'T KNOW MY RIGHTS, AND I WAS NEVER TOLD I HAVE A RIGHT TO A SPEEDY TRIAL BY DESIGN. I HAVE A RIGHT TO PROTECT MYSELF FROM MY OWN IGNORANCE, WHERE'S THE LAW OR NOTICE IM TIME BARRED TO ASSERT RIGHTS I WAS IGNORANT TO IN THE FIRST PLACE. MY TRIAL ATTY. TOLD ME TOO LATE AFTER I SPOKE WITH POLICE NEVER TO SAY, SIGN, AGREE TO ANYTHING WITHOUT THE ADVISEMENT FROM COUNSEL OF RECORD TO MOVE FORWARD. I EXECUTED THAT RIGHT UNDER DURESS, BECAUSE THEY DENIED MY REQUEST FOR DISCLOSURE.

William R. J.
DECLARANT

DATED: 2-18-21

RECEIVED
MAR 15 2021
Ombudsman Services Unit
Central Region

FURTHER DECLARANT SAITH NOT.

DATE THIS DAY OF 2-18-2021 AD

RECEIVED
FEB 19 2021

DWCC Grievance Office

DECLARANT

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN BEFORE ME THIS DAY 18TH OF FEB 2021 AD
NOTARY THAT WILLIAM RIGOPOULOS, PERSONALLY APPEARED AND KNOWN TO BE
THE PERSON WHOSE NAME SUBSCRIBED TO THIS INSTRUMENT AND ACKNOWLEDGED
TO BE THE SAME.

RECEIVED

MAR 15 2021

Ombudsman Services Unit
Central Region

NOTARY

MY COMMISSION EXPIRES:  Sept 30, 2023

SEAL:

COUNTY OF
STATE OF VIRGINIA
SUBSCRIBED AND SWORN to before me
this 18 day of Feb 2021
          MONTH   YEAR
          Notary Public
My Commission Expires  Sept 30, 2023

VALERIE DENISE CANADA-BARTEE
NOTARY PUBLIC
Commonwealth of Virginia
Registration #7767765
My Commission Expires Sept. 30, 2023



9/24/2020 Scanned Middlesex detainer into CORIS.mc

9/23/2020 Middlesex court system shows cases pending.  Left a message for Mellissa Chavez at the Middlesex DA 781-897-8400. mc

9/23/2020 Melinda Bond inquired about detainer. mc

7/18/18 Letter sent notifying Prosecutor.  It does not appear that he was notified in 2014.  mc

7/13/18 Offender Refused to sign.

Sending IAD paperwork to see if offender ready to confront case in MA per M. Cale-offender previously refused 6/26/2018 SG

12/5/14 Offender Refused to sign IAD paperwork.

forms I/II sent 11/20/2014



RECEIVED

MAR 1 5 2021

Ombudsman Services Unit
Central Region

VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Detainer Notification**

VACORIS C-48.0
DOC Location: DWCC Dillwyn Correctional Center
Report generated by Fahrner, K D
Report run on 02/10/2021 at 10:07 AM

---

**Offender Name:** Rogopoulos, William R
**DOC#:** 1415219

**Location:** Dillwyn Correctional Center
**Housing Assignment:** 6-B-33-B

### Detainer Information:

**Date Issued:** 06/09/2008
**Reference #:** 0481CR000968
**Type:** Wanted
**Status:** Inmate Refuse Speedy Trial
**Immigration Alien #:** Not Available

**Date Received:** 11/13/2014

**Other (Specify):** Not Available
**Close Reason:** Not Available
**Judgment Modifier:** Not Available

### Requesting or Holding Agency Information:

**Agency Name:** Middlesex District Attorney
**Agency Address:** 200 Tradecenter
Woburn, Ma 01801
**Agency Identifying #:** Not Available
**Offender Name at Agency:** Not Available

**Agency Type:** Out of State

**Other Location (Offender):** Not Available

### Release/Expiration Details:

**Anticipated Release / Judgment / Expiration Date of Detainer:** Not Available

### Offenses/Charges:

**Detainer Offense:** Not Available

**Description of Criminal Charges:** two counts of indecent A&B on child under 14, 3 counts rape of child,statutory

RECEIVED
FEB 1 9 2021
DWCC Grievance Office

RECEIVED

MAR 1 5 2021

Ombudsman Services Unit
Central Region

Rev. 03/30/2009

VA CODE 53.1-210 IADA

1-3 CARBON COPY

RE: INMATE REQUEST FOR EXTRADITION AND DISPOSITION OF CHARGES

TO: WARDEN WALKER

DATE: 1-13-21

FROM: WILLIAM ROGOPOULOS 1415219

SUBJECT: FINAL DISPOSITION DETAINER FOREIGN STATE

COMPLAINT: FAILURE TO GIVE NOTICE OF DETAINER TIMELY

WARDEN WALKER,

THIS CONCERNS THE ABOVE CAPTION SINCE MY ARRIVAL ON 1-30-20 TO VA CODE ANN. 53.1-210 OF IADA VIOLATION OF ARTICLE V (a) BECAUSE I WAS DENIED, AND IGNORANT TO MY RIGHT FOR DISPOSITION OF THE CHARGES TO INVOKE THE IADA PURSUANT TO THE SPEEDY TRIAL ACT, AND AS FACILITY HEAD YOU ARE RESPONSIBLE IN PERFORMING NOTICE ESPECIALLY TO INMATES WITH LESS THAN ONE YEAR TO SERVE ON THEIR SENTENCE, KNOWING I ONLY HAVE 180 DAYS AFTER FILING FOR FINAL DISPOSITION. WHILE YOU FAILED TO FURNISH TIMELY NOTICE WITH PROPER CERTIFICATES INFORMING ME OF THE REQUEST FOR CUSTODY, I NOW HAVE ONLY SIX MONTHS TO FILE MINUS THE 30 DAYS AFTER RECEIPT BY THE APPROPRIATE AUTHORITIES BEFORE THE REQUEST FOR CUSTODY BE HONORED WITHIN THAT PERIOD BY THE GOV. OF THE SENDING STATE MAY OR MAY NOT DISAPPROVE THE REQUEST OR AVAILABILITY UPON HIS OWN MOTION OR MY REQUEST TO THE GOV. OF VA DIRECTLY AFTER FILING FOR FINAL DISPOSITION TO ASSIST IN DENYING CUSTODY ON MY BEHALF.

RECEIVED
MAR 15 2021
Ombudsman Services Unit
Central Region

RECEIVED FEB 19 2021

DWCC Grievance Office

RECEIVED JAN 2021 DWCC WARDEN'S OFFICE

1.

NOT ONLY IS IT MY RIGHT TO TIMELY NOTIFICATION, I HAVE A RIGHT TO REQUEST "TIMELY" A FINAL DISPOSITION OF THE CHARGES. U.S. V. JOHNSON, 196 F.3d 1000 (9TH CIR. 1999) U.S. V. MASON, 372 F. SUPP. 651 (DC OHIO 1973) ALABAMA V. BOZEMAN, 533 U.S. 146, 150 L.Ed 2d 188, 121 S.CT. 2079 (2001) I DEMAND PROCESS OF SERVICE FOR TEMP. CUSTODY OR AVAILABILITY TO THE APPROPRIATE AUTHORITIES OF THE CHARGING STATE.

THIS IS CONSTRUCTIVE NOTICE, AND FAILURE OR REFUSAL TO PROVIDE THE NECESSARY PROOF OF CLAIM TO RESPOND OF SAID REQUEST RAISED HEREIN IN THE ABOVE MATTER UNDER THE ARTICLES OF THE IADA THAT ARE ESTABLISHED, AND YET YOU WILL HAVE AGREED AND CONSENTED THROUGH TACIT ACQUIESCENCE TO ALL FACTS IN RELATION TO THE ABOVE VIOLATIONS, AND SHALL STAND AS PRIMA FACIE, AS WELL AS OPERATE IN FAVOR THE PETITIONER WILLIAM ROGOPOULOS, IN THAT RESPONDENTS HAVE KNOWLEDGE OF THE LAW, AS WELL AS ACCESS TO REQUESTED INFORMATION TO ELIMINATE ANY CONFUSION IN SAID MATTER, AS TO THEIR DUTY TO PERFORM IN A TIMELY MANNER RELATING TO THIS LAW, MY LAST ANNUAL REVIEW WAS ON 10-27-20 BY COUNSELOR MEICEI NO INFORMATION OR NOTICE OF DETAINER SO I CAN ASSERT MY RIGHTS. (RELEASE DATE 6-9-21)
CC: EUGENE FROST ATTY. AT LAW 4030 PLANK RD. FREDERICKSBURG, VA 22407
CC: WILLIAM ROGOPOULOS PETITIONER BOX G70 DILLWYN, VA 23936
CC: US ATTY. TRACY McCORMIC
CC: GOV. RALPH NORTHAM

MAILED OUT ON 1-14-21 TO ABOVE ADDRESSES.

You will need to contact DOC Detainer
P.O. Box 24963
Richmond, VA 23261
KDE 1/20/2021
Records mgr

2.

DWCC Grievance Office
FEB 19 2021
RECEIVED

RECEIVED
MAR 15 2021
Ombudsman Services Unit
Central Region