William Rogopoulos 1415219 Petitioner
Box 670
Dillwyn, VA 23936

May 14, 2021

Office of the Clerk:
U.S. District Court
Eastern District of Virginia
600 Granby St.
Norfolk, VA 23510

Re: Detainer challenge for custody foreign state under 28 USC 2241 (IADA)

Dear Staff Atty.

Enclosed is a petition for Habeas Corpus pursuant to Title 28 USC 2241, 2254 Title 18 USC 3161(b)(c)(i) 3161(h)(7)(A) and exhibits regarding time sensitive issue release date 6-9-21. Petitioner requesting custody into the US Dist. Court.

Please stamp this additional cover letter as filed in this court and return

Thank you.

William Rogopoulos 1415219 Petitioner
Box 670
Dillwyn, VA 23936